IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-mc-00235-CMA-CBS | Date: December 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

WARREN G. ROBERTS, *et al.,*   No Counsel Present

Plaintiff,

v.

LEGACY MEDIDIAN PARK HOSPITAL, *et al.,*   Keil Mueller (by telephone)

Defendant,

PORTERCARE ADVENTIST HEALTH   Michael Frandina
SYSTEM,   Melvin Sabey

Interested Party.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: MOTION HEARING**
**Court in session: 01:26 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to Legacy Meridian Park Hospital's MOTION [1] to Compel.

**ORDERED:**   Legacy Meridian Park Hospital's MOTION [1] to Compel is **DENIED** as stated on the record.

Portercare Adventist Health System agrees to not pursue fees and costs from MOTION [1] to Compel.

HEARING CONCLUDED.
**Court in recess: 02:14 p.m.**   Total time in court: 00:48
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.